**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **BINIAM MUSSA NAHOM,** | : | |
| | : | |
| **Petitioner,** | : | **3:26-cv-2636** |
| | : | **(JUDGE MARIANI)** |
| **v.** | : | |
| | : | |
| **CRAIG LOWE, Warden of Pike County Correctional Facility,** | : | |
| | : | |
| **Respondent.** | : | |

**ORDER**

**AND NOW, THIS** 26th **DAY OF OCTOBER 2026,** upon consideration of Petitioner Bissa Musa Nahom's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. 1), Respondent's response (Doc. 7), and Petitioner's Traverse (Doc. 8), and for the reasons set forth in the accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT:**

1. Petitioner's habeas petition (Doc. 1) is **DENIED**.
2. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

Robert D. Mariani
United States District Judge